# EXHIBIT 5

AMERIQUEST®
MORTGAGE COMPANY

July 14, 2006

***Via U.S. Priority Mail***
***& Facsimile at (401) 728-6534***

Christopher M. Lefebvre, Esq.
Claude F. Lefebvre, Christopher M. Lefebvre, P.C.
P.O. Box 479
Pawtucket, Rhode Island 02862

| | | |
|---|---|---|
| ***Re:*** | ***Borrower(s):*** | ***Richard & Patricia Fagnant*** |
| | ***Ameriquest Loan Number Ending In:*** | ***XXXXXX6422*** |
| | ***Property Address:*** | ***88 Coe Street*** |
| | | ***Woonsocket, Rhode Island 02895*** |

Dear Mr. Lefebvre:

This letter is in response to your correspondence dated June 19, 2006 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Our review of your clients' transaction confirms that all material disclosures were accurately provided to your clients and that they executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your clients' rescission request.

We trust that this responds to your concerns.

Sincerely,

Kinkeo Kangnavong

Kinkeo Kangnavong
Regulatory Response Analyst II
Ameriquest Mortgage Company

cc: Steve Taber, Esq.



EQUAL HOUSING LENDER