# EXHIBIT 10

AMERIQUEST®
MORTGAGE COMPANY

July 19, 2006 ***Via Federal Express***

Christopher Lefebvre, Esq.
Family And Consumer Law Center
P.O. Box 479
Pawtucket, Rhode Island 02862

| | | |
|---|---|---|
| ***Re:*** | ***Borrower:*** | ***James Townes /Ebony Davis Moye*** |
| | ***Ameriquest Loan Number Ending In:*** | ***XXXXXXX908*** |
| | ***Property Address:*** | ***94 Hamilton Street*** |
| | | ***Providence, Rhode Island 02907*** |

Dear Mr. Lefebvre:

This letter is in response to your correspondence dated June 21, 2006 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act. We note that your letter states that you represent James Townes but that you did not attach a letter or writing signed by your client which authorizes Ameriquest to release account specific information to you. Please provide us with the written authorization for our files.

Our review of your client's transaction confirms that all material disclosures were accurately provided to your client and Mr. Townes and Ms. Moye and that they executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your client's rescission request.

We trust that this responds to your concerns.

Sincerely,

Patty Tanous
Regulatory Response Analyst III

cc: Steve Taber, Esq.



EQUAL HOUSING LENDER