# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

RICHARD FAGNANT
and JAMES TOWNES,

Plaintiffs,

v.

AMERIQUEST MORTGAGE COMPANY,

Defendant.

C.A. NO. 06-494-ML-LDA

## DEFENDANT AMERIQUEST MORTGAGE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Ameriquest Mortgage Company ("Ameriquest") hereby discloses that it is a wholly owned subsidiary of ACC Capital Holdings Corporation and that there is no publicly held company that owns 10% or more of Ameriquest stock.

AMERIQUEST MORTGAGE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: December 29, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2006, I electronically filed the foregoing DEFENDANT AMERIQUEST MORTGAGE COMPANY'S CORPORATE DISCLOSURE STATEMENT with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Steven E. Snow

893712_1/7511-52